Milord A. Keshishian, SBN 197835
milord@milordlaw.com
Kirstin Jensvold-Rumage, SBN 345916
kirstin@milordlaw.com
**MILORD & ASSOCIATES, P.C.**
10517 W. Pico Boulevard
Los Angeles, California 90064
Tel: (310) 226-7878

Attorneys for Molly Holm

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| IN RE: DMCA § 512(H) SUBPOENA TO TUMBLR, INC. | Case No.: 23-80145<br><br>**REQUEST TO THE CLERK FOR ISSUANCE OF SUBPOENA TO TUMBLR, INC. PURSUANT TO 17 U.S.C. § 512(H) TO IDENTIFY THE ALLEGED INFRINGERS** |
|---|---|

PETITIONER MOLLY HOLM respectfully requests that the Clerk of this Court issue a subpoena to Tumblr, Inc. to identify the alleged infringer(s) at issue pursuant to the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 512(h) (the "Subpoena"). The proposed Subpoena is attached hereto as Exhibit A.

Section 512(h) of the DMCA provides that a "copyright owner or a person authorized to act on the owner's behalf may request the clerk of any United States district court to issue a subpoena to a service provider for identification of alleged infringers in accordance with this subsection." 17 U.S.C. § 512(h)(1).

The proposed subpoena is directed to Tumblr, Inc., the service provider of Tumblr accounts to which the infringing parties posted the infringing content. The following URLs contained the infringing content posted to the alleged infringer(s) Tumblr account(s) at issue, which was displayed on Tumblr and its related applications:

| |
|---|
| https://luvmesomemolly.tumblr.com/post/185972709663/well-i-knew-you-were-there-with-thom-but-jesus |
| https://luvmesomemolly.tumblr.com/post/185425809708/i-know-about-all-those-other-guys-babe-but-i |
| https://luvmesomemolly.tumblr.com/post/624740101479628800/ah-the-good-old-days?is_related_post=1 |
| https://luvmesomemolly.tumblr.com/post/185809839263/i-miss-you-too-babe |
| https://luvmesomemolly.tumblr.com/image/617404170731945984 |
| https://luvmesomemolly.tumblr.com/post/188368958228/we-both-know-you-werent-wearing-anything-under |
| https://luvmesomemolly.tumblr.com/post/188729224658/with-all-the-fires-in-california-its-nice-to |
| https://luvmesomemolly.tumblr.com/post/187815470178/oh-honey-facepalm-real-cowgirls-do-work-they |
| https://luvmesomemolly.tumblr.com/image/184939103923 |

Ms. Holm has satisfied the requirements for the issuance of a subpoena pursuant to 17 U.S.C. § 512(h):

1. Ms. Holm has submitted copies of the notifications sent pursuant to 17 U.S.C. § 512(c)(3)(A) as Exhibits 1-16 to the attached Declaration of Milord Keshishian, dated February 23, 2023 ("Keshishian Decl.").

2. Ms. Holm has submitted the proposed subpoena attached hereto as Exhibit A.

**REQUEST TO THE CLERK FOR ISSUANCE OF DMCA § 512(H) SUBPOENA**

3. Ms. Holm has submitted a sworn declaration confirming that the purpose of which the Subpoena is sought is to obtain the identity of an alleged infringer or infringers, and such information will only be used for the purposes of protecting Ms. Holm's rights under title 17 of the United States Code. (*See* Keshishian Decl.)

Having complied with the statutory requirements, Ms. Holm respectfully requests that the Clerk expeditiously issue and sign the proposed Subpoena pursuant to 17 U.S.C. § 512(h)(4) and return it for service to Tumblr, Inc. at 60 29th Street, #343, in San Francisco, CA.

Dated:  May 17, 2023                                  Respectfully submitted,

**MILORD & ASSOCIATES P.C.**

/s/ Milord A. Keshishian
Milord Keshishian
Attorneys for Molly Holm