Milord A. Keshishian (SBN 197835)
milord@milordlaw.com
Kirstin Jensvold-Rumage (SBN 345916)
kirstin@milordlaw.com
**MILORD & ASSOCIATES, P.C.**
10517 West Pico Boulevard
Los Angeles, California 90064
Tel: (310) 226-7878
Fax: (310) 226-7879

Attorneys for MOLLY HOLM

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE:  DMCA SUBPOENA TO TUMBLR, INC. | Case No.: 23-80145 **DECLARATION OF MILORD A. KESHISHIAN IN SUPPORT OF CLERK'S ISSUANCE OF SUBPOENA PURSUANT TO 17 U.S.C.  § 512(H)** |

## DECLARATION OF MILORD A. KESHISHIAN

I, Milord A. Keshishian, hereby swear and affirm pursuant to 28 U.S.C. §1746 upon direct personal knowledge that the following is true and correct:

1.      I am an attorney licensed to practice law in the State of California.  I am the principal attorney at the law firm Milord & Associates, P.C., counsel for MOLLY HOLM ("Ms. Holm") in this matter.  I make this declaration in support of Ms. Holm's Request for Clerk's Issuance of a DMCA Subpoena pursuant to 17 U.S.C. § 512(h) to Tumblr, Inc..  If called upon as a witness, I could and would testify competently as follows:

2.      On behalf of Ms. Holm, I am requesting the Clerk of this Court, under the authority of 17 U.S.C. § 512(h), to issue a subpoena for documents identifying the Tumblr, Inc. user "LuvMeSomeMolly" (username), whose account was used to post the

materials that are the subject of the DMCA takedown notices submitted on behalf of Ms. Holm on August 18, 2022, and January 18, 2023.

3.      Copies of the Tumblr takedown notice confirmations are attached as Exhibits 1, 4, 6, 8, 10, 12, 14, and 16.  Screenshots of the infringing profile and pictures are saved through PageVault and attached as Exhibits 2, 3, 5, 7, 9, 11, 13, and 15.

| Description | Exhibit No. | Link or Title |
|---|---|---|
| Holm in bed | 1 | DMCA Takedown Notice |
| | 2 | https://luvmesomemolly.tumblr.com/post/185972709663/well-i-knew-you-were-there-with-thom-but-jesus |
| | 3 | https://luvmesomemolly.tumblr.com/post/185425809708/i-know-about-all-those-other-guys-babe-but-i |
| Holm at the beach | 4 | DMCA Takedown Notice |
| | 5 | https://luvmesomemolly.tumblr.com/post/624740101479628800/ah-the-good-old-days?is_related_post=1 |
| Holm's personal texts | 6 | DMCA Takedown Notice |
| | 7 | https://luvmesomemolly.tumblr.com/post/185809839263/i-miss-you-too-babe |
| Holm by the window | 8 | DMCA Takedown Notice |
| | 9 | https://luvmesomemolly.tumblr.com/image/617404170731945984 |
| Holm posing | 10 | DMCA Takedown Notice |
| | 11 | https://luvmesomemolly.tumblr.com/post/188368958228/we-both-know-you-werent-wearing-anything-under |
| Holm's Facebook post at Amangiri | 12 | DMCA Takedown Notice |
| | 13 | https://luvmesomemolly.tumblr.com/post/188729224658/with-all-the-fires-in-california-its-nice-to |
| Holm in a black hat | 14 | DMCA Takedown Notice |
| | 15 | https://luvmesomemolly.tumblr.com/post/187815470178/oh-honey-facepalm-real-cowgirls-do-work-they |
| Holm sitting in bed | 16 | DMCA Takedown Notice |

4.      A copy of the proposed subpoena is attached to this filing.

5.      Based on the facts known to me, I have a good-faith belief that Ms. Holm's rights under copyright law have been infringed by said subscriber.

6.      The subpoena is sought in order to obtain the identity of an alleged copyright infringer.  I will only use the information obtained therefrom for the purpose of

**DECLARATION OF MILORD A. KESHISHIAN**

protecting rights under Title 17 of the United States Code.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this Declaration was executed on this 17th day of May, 2023 in Los Angeles, California.

/s/ Milord A. Keshishian
Milord A. Keshishian
MILORD & ASSOCIATES, P.C.
Attorneys for Molly Holm

**DECLARATION OF MILORD A. KESHISHIAN**

EXHIBIT 1

**From:** Support <abuse@tumblr.com>
**Sent:** Thursday, January 19, 2023 7:19 AM
**To:** Kirstin Jensvold-Rumage <kirstin@milordlaw.com>
**Subject:** [tumblr] Re: DMCA Takedown Notice Received

##- Please type your reply above this line -##

Your request (9336526) has been updated. To add additional comments, reply to this email.

## Tumblr Trust & Safety (tumblr)

Jan 19, 2023, 10:18 AM EST

Hello,

Your DMCA Notice has been received and reviewed for completeness.

In accordance with the requirements set forth by the DMCA, we have disabled access to the allegedly infringing material. You may need to clear your browser's cache to see the removal. If you need info on how to clear your browser's cache, you can find that here. Depending on the strain on our servers, it can sometimes take up to three hours for the changes to take effect.

Please note that we have notified the user who uploaded the material to provide them an opportunity to formally challenge this removal. We will notify you if the user submits a counter notice.

Thank you,
Tumblr Trust & Safety

http://tumblr.com/abuse

## Kirstin Jensvold–Rumage

Jan 18, 2023, 2:04 PM EST

DMCA Complaint Received
=======================

** A DMCA Complaint was received from: **
Kirstin Jensvold-Rumage (kirstin@milordlaw.com)

- kirstin@milordlaw.com's first report.

** Details: **
- Description:
The work claimed to be infringed is a photograph of a registered copyright with the U.S. Copyright Office, Registration No. VA 2-272-026. The photograph is a personal portrait of Molly Holm, the copyright owner and model, posing on a bed. Molly Holm is not the owner of the tumblr account, luvmesomemolly, containing the infringing work.

- 3 URL(s) included
-
https://64.media.tumblr.com/49f5665929102c5b36a479aa1a9175a8/tumblr_ptybg76bsD1yo45jto1_1280.jpg ( Source: none )
- https://luvmesomemolly.tumblr.com/image/185425809708 ( Source: none )
-
https://64.media.tumblr.com/1e4da13de10934fa3aab327116699d2f/tumblr_ptybg76bsD1yo45jto2_1280.jpg ( Source: none )

** Created: **
Wednesday, 18-Jan-23 14:04:25 EST

This email is a service from tumblr. Delivered by Zendesk

EXHIBIT 2

🔒 Page Vault

| | |
|---|---|
| Document title: | The Fabulous Miss Molly Holm — Well, I knew you were there with Thom… but Jesus,... |
| Capture URL: | https://luvmesomemolly.tumblr.com/post/185972709663/well-i-knew-you-were-there-with-thom-but-jesus |
| Page loaded at (UTC): | Thu, 18 Aug 2022 18:30:10 GMT |
| Capture timestamp (UTC): | Thu, 18 Aug 2022 18:30:45 GMT |
| Capture tool: | v7.14.1 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 7 |
| Capture ID: | 0a81365b-a915-4a24-8ea3-ed852962d569 |
| User: | milord-stephanie |



tumblr Search luvmesomemolly Sign up Follow luvmesomemolly

# The Fabulous Miss Molly Holm

Fanpage for everything Molly Holm.

POSTS LIKES FOLLOWING ASK ME ANYTHING ARCHIVE

Well, I knew you were there with Thom… but Jesus, Mol, he's married. Gotta be careful with that.

#mollymholm #bedroom #bed thoughts #scandal #thom beers

Jul 1st, 2019

RECENTLY LIKED

thebookquotes

"He tasted like midnight and wind, and shades of rich brown and light blue. Colors that made her feel safe and guarded."

— Stephanie Garber, Caraval

#books and libraries #book quotes #bookblr #quotes #lit #spilled ink #poetry #motivation #literature #original #zitat #thoughts #thought #writing #words #text #Stephanie Garber Caraval

205 notes

SEE MORE POSTS LIKE THIS ON TUMBLR

#mollymholm #bedroom #bed thoughts #scandal #thom beers

MORE YOU MIGHT LIKE

EXHIBIT 3

Page Vault

| | |
|---|---|
| Document title: | The Fabulous Miss Molly Holm — I know about all those other guys, babe. But I... |
| Capture URL: | https://luvmesomemolly.tumblr.com/post/185425809708/i-know-about-all-those-other-guys-babe-but-i |
| Page loaded at (UTC): | Thu, 18 Aug 2022 18:39:58 GMT |
| Capture timestamp (UTC): | Thu, 18 Aug 2022 18:40:36 GMT |
| Capture tool: | v7.14.1 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 6 |
| Capture ID: | 268db2c1-c32b-4a9d-9b36-231e2f166b92 |
| User: | milord-stephanie |

PDF REFERENCE #:        ebSeFAWMd5z1EEwQ9dxS2K



# The Fabulous Miss Molly Holm

Fanpage for everything Molly Holm

POSTS   LIKES   FOLLOWING   ASK ME ANYTHING   ARCHIVE



I know about all those other guys, babe. But I ain't even trippin cause I know they don't hold a candle to us.

#mollymholm   #model   #black and white   #meditation   #champagne
#ocean view   #she will be mine

1 note   Jun 7th, 2019

RECENTLY LIKED

thebookquotes

"He tasted like midnight and wind, and shades of rich brown and light blue. Colors that made her feel safe and guarded."

— Stephanie Garber, Caraval

#books and libraries   #book quotes
#booktbl   #quotes   #lit   #spilled ink
#poetry   #motivation   #literature   #original
#zitat   #thoughts   #thought   #writing
#words   #text   #Stephanie Garber Caraval

205 notes

SEE MORE POSTS LIKE THIS ON TUMBLR

#model   #meditation   #mollymholm   #black and white

#champagne   #ocean view   #she will be mine

MORE YOU MIGHT LIKE



Document title: The Fabulous Miss Molly Holm — I know about all those other guys, babe. But I...
Capture URL: https://luvmesomemolly.tumblr.com/post/185425809708/i-know-about-all-those-other-guys-babe-but-i
Capture timestamp (UTC): Thu, 18 Aug 2022 18:40:36 GMT

EXHIBIT 4

**From:** Support <abuse@tumblr.com>
**Sent:** Thursday, January 19, 2023 8:53 AM
**To:** Kirstin Jensvold-Rumage <kirstin@milordlaw.com>
**Subject:** [tumblr] Re: DMCA Takedown Notice Received

##- Please type your reply above this line -##

Your request (9336537) has been updated. To add additional comments, reply to this email.

## Tumblr Trust & Safety (tumblr)

Jan 19, 2023, 11:52 AM EST

Hello,

Your DMCA Notice has been received and reviewed for completeness.

In accordance with the requirements set forth by the DMCA, we have disabled access to the allegedly infringing material. You may need to clear your browser's cache to see the removal. If you need info on how to clear your browser's cache, you can find that here. Depending on the strain on our servers, it can sometimes take up to three hours for the changes to take effect.

Please note that we have notified the user who uploaded the material to provide them an opportunity to formally challenge this removal. We will notify you if the user submits a counter notice.

Thank you,
Tumblr Trust & Safety

http://tumblr.com/abuse

## Kirstin Jensvold–Rumage

Jan 18, 2023, 2:09 PM EST

DMCA Complaint Received
=======================

** A DMCA Complaint was received from: **
Kirstin Jensvold-Rumage (kirstin@milordlaw.com)

- kirstin@milordlaw.com's first report.

** Details: **
- Description:
The work claimed to be infringed is a photograph of a registered copyright with the U.S. Copyright Office, Registration No. VA 2-272-026. The photograph is a personal portrait of Molly Holm, the copyright owner and model, posing on the beach. Molly Holm is not the owner of the Tumblr account, luvmesomemolly, containing the infringing work.

- 1 URL(s) included
- https://luvmesomemolly.tumblr.com/image/624740101479628800 ( Source: none )

** Created: **
Wednesday, 18-Jan-23 14:09:19 EST

This email is a service from tumblr. Delivered by **Zendesk**

EXHIBIT 5

| | |
|---|---|
| Document title: | The Fabulous Miss Molly Holm — Ah, the good old days… |
| Capture URL: | https://luvmesomemolly.tumblr.com/post/624740101479628800/ah-the-good-old-days?is_related_post=1 |
| Page loaded at (UTC): | Thu, 18 Aug 2022 18:40:50 GMT |
| Capture timestamp (UTC): | Thu, 18 Aug 2022 18:41:23 GMT |
| Capture tool: | v7.14.1 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 6 |
| Capture ID: | fdd535d4-c855-4194-8aaa-14a79ee5ca3c |
| User: | milord-stephanie |

PDF REFERENCE #:        hWgTja3YUAYZdmyVNZruJ3



EXHIBIT 6

**From:** Support <abuse@tumblr.com>
**Sent:** Thursday, January 19, 2023 8:58 AM
**To:** Kirstin Jensvold-Rumage <kirstin@milordlaw.com>
**Subject:** [tumblr] Re: DMCA Takedown Notice Received

##- Please type your reply above this line -##

Your request (9336544) has been updated. To add additional comments, reply to this email.

---

## Tumblr Trust & Safety (tumblr)

Jan 19, 2023, 11:58 AM EST

Hello,

Your DMCA Notice has been received and reviewed for completeness.

In accordance with the requirements set forth by the DMCA, we have disabled access to the allegedly infringing material. You may need to clear your browser's cache to see the removal. If you need info on how to clear your browser's cache, you can find that here. Depending on the strain on our servers, it can sometimes take up to three hours for the changes to take effect.

Please note that we have notified the user who uploaded the material to provide them an opportunity to formally challenge this removal. We will notify you if the user submits a counter notice.

Thank you,
Tumblr Trust & Safety

http://tumblr.com/abuse

---

## Kirstin Jensvold–Rumage

Jan 18, 2023, 2:11 PM EST

DMCA Complaint Received
========================

** A DMCA Complaint was received from: **
Kirstin Jensvold-Rumage (kirstin@milordlaw.com)

- kirstin@milordlaw.com's first report.

** Details: **
- Description:
The work claimed to be infringed is a photograph of a registered copyright with the U.S. Copyright Office, Registration No. VA 2-272-026. The photograph is a personal portrait of Molly Holm, the copyright owner and model, in a screenshot of personal images sent to a friend posing with pets. Molly Holm is not the owner of the tumblr account, luvmesomemolly, containing the infringing work.

- 1 URL(s) included
- https://luvmesomemolly.tumblr.com/image/185809839263 ( Source: none )

** Created: **
Wednesday, 18-Jan-23 14:11:43 EST

This email is a service from tumblr. Delivered by **Zendesk**

EXHIBIT 7

| | |
|---|---|
| Document title: | The Fabulous Miss Molly Holm — I miss you too, babe. |
| Capture URL: | https://luvmesomemolly.tumblr.com/post/185809839263/i-miss-you-too-babe |
| Page loaded at (UTC): | Thu, 18 Aug 2022 18:46:28 GMT |
| Capture timestamp (UTC): | Thu, 18 Aug 2022 18:47:11 GMT |
| Capture tool: | v7.14.1 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 8 |
| Capture ID: | 79174ac4-e575-4d02-a9a3-53c2c3101b54 |
| User: | milord-stephanie |

PDF REFERENCE #:          shSLHnL6ZNY2g9Ag6LrXT1



tumblr    Search luvmesomemolly    Sign up    Follow luvmesomemolly

# The Fabulous Miss Molly Holm

Fanpage for everything Molly Holm.

POSTS    LIKES    FOLLOWING    ASK ME ANYTHING    ARCHIVE

We miss you

I miss you too, babe.

#mollymholm    #blue eyes    #nice pussycat    #bed thoughts

Jun 24th, 2019    ···  ⟳  ♡

**RECENTLY LIKED**

**thebookquotes**

"He tasted like midnight and wind, and shades of rich brown and light blue. Colors that made her feel safe and guarded."

— Stephanie Garber, Caraval

#books and libraries   #book quotes   #bookblr   #quotes   #lit   #spilled ink   #poetry   #motivation   #literature   #original   #zitat   #thoughts   #thought   #writing   #words   #text   #Stephanie Garber Caraval

205 notes    ···  ⟳  ♡

SEE MORE POSTS LIKE THIS ON TUMBLR

#mollymholm    #blue eyes    #nice pussycat    #bed thoughts

MORE YOU MIGHT LIKE



Well, I knew you were there with Thom... but Jesus, Mol, he's married. Gotta be careful with that.

EXHIBIT 8

**From:** Support <abuse@tumblr.com>
**Sent:** Thursday, January 19, 2023 8:58 AM
**To:** Kirstin Jensvold-Rumage <kirstin@milordlaw.com>
**Subject:** [tumblr] Re: DMCA Takedown Notice Received

##- Please type your reply above this line -##

Your request (9336561) has been updated. To add additional comments, reply to this email.

## Tumblr Trust & Safety (tumblr)

Jan 19, 2023, 11:58 AM EST

Hello,

Your DMCA Notice has been received and reviewed for completeness.

In accordance with the requirements set forth by the DMCA, we have disabled access to the allegedly infringing material. You may need to clear your browser's cache to see the removal. If you need info on how to clear your browser's cache, you can find that here. Depending on the strain on our servers, it can sometimes take up to three hours for the changes to take effect.

Please note that we have notified the user who uploaded the material to provide them an opportunity to formally challenge this removal. We will notify you if the user submits a counter notice.

Thank you,
Tumblr Trust & Safety

http://tumblr.com/abuse

## Kirstin Jensvold–Rumage

Jan 18, 2023, 2:18 PM EST

DMCA Complaint Received
=======================

** A DMCA Complaint was received from: **
Kirstin Jensvold-Rumage (kirstin@milordlaw.com)

- kirstin@milordlaw.com's first report.

** Details: **
- Description:
The work claimed to be infringed is a photograph of a registered copyright with the U.S. Copyright Office, Registration No. VA 2-272-026. The photograph is a personal portrait of Molly Holm, the copyright owner and model, sitting on a stool by the window. Molly Holm is not the owner of the tumblr account, luvmesomemolly, containing the infringing work.

- 1 URL(s) included
- https://luvmesomemolly.tumblr.com/image/617404170731945984 ( Source: none )

** Created: **
Wednesday, 18-Jan-23 14:18:35 EST

This email is a service from tumblr. Delivered by **Zendesk**

EXHIBIT 9

Page Vault

| | |
|---|---|
| Document title: | The Fabulous Miss Molly Holm: Photo |
| Capture URL: | https://luvmesomemolly.tumblr.com/image/617404170731945984 |
| Page loaded at (UTC): | Wed, 18 Jan 2023 21:33:28 GMT |
| Capture timestamp (UTC): | Wed, 18 Jan 2023 21:34:26 GMT |
| Capture tool: | 10.18.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.125 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 2 |
| Capture ID: | 4EBnxRyYJUbkEcjtzgHnvH |
| User: | milord-priya |

PDF REFERENCE #:            pAiL9NgxPgEQ6HyCYTRBKV



The Fabulous Miss Molly Holm

Sign up

Follow luvmesomemolly



Document title: The Fabulous Miss Molly Holm: Photo
Capture URL: https://luvmesomemolly.tumblr.com/image/617404170731945984
Capture timestamp (UTC): Wed, 18 Jan 2023 21:34:26 GMT

EXHIBIT 10

**From:** Support <abuse@tumblr.com>
**Sent:** Thursday, January 19, 2023 8:58 AM
**To:** Kirstin Jensvold-Rumage <kirstin@milordlaw.com>
**Subject:** [tumblr] Re: DMCA Takedown Notice Received

##- Please type your reply above this line -##

Your request (9336570) has been updated. To add additional comments, reply to this email.

---

## Tumblr Trust & Safety (tumblr)

Jan 19, 2023, 11:58 AM EST

Hello,

Your DMCA Notice has been received and reviewed for completeness.

In accordance with the requirements set forth by the DMCA, we have disabled access to the allegedly infringing material. You may need to clear your browser's cache to see the removal. If you need info on how to clear your browser's cache, you can find that here. Depending on the strain on our servers, it can sometimes take up to three hours for the changes to take effect.

Please note that we have notified the user who uploaded the material to provide them an opportunity to formally challenge this removal. We will notify you if the user submits a counter notice.

Thank you,
Tumblr Trust & Safety

http://tumblr.com/abuse

---

## Kirstin Jensvold–Rumage

Jan 18, 2023, 2:26 PM EST

DMCA Complaint Received
=======================

** A DMCA Complaint was received from: **
Kirstin Jensvold-Rumage (kirstin@milordlaw.com)

- kirstin@milordlaw.com's first report.

** Details: **
- Description:
The work claimed to be infringed is a photograph of a registered copyright with the U.S. Copyright Office, Registration No. VA 2-272-026. The photograph is a personal portrait of Molly Holm, the copyright owner and model, posing in an orange skirt and white shirt. Molly Holm is not the owner of the tumblr account, luvmesomemolly, containing the infringing work.

- 1 URL(s) included
- https://luvmesomemolly.tumblr.com/image/188368958228] ( Source: none )

** Created: **
Wednesday, 18-Jan-23 14:26:04 EST

This email is a service from tumblr. Delivered by **Zendesk**

EXHIBIT 11

| | |
|---|---|
| Document title: | The Fabulous Miss Molly Holm — We both know you weren't wearing anything under... |
| Capture URL: | https://luvmesomemolly.tumblr.com/post/188368958228/we-both-know-you-werent-wearing-anything-under |
| Page loaded at (UTC): | Thu, 18 Aug 2022 18:16:21 GMT |
| Capture timestamp (UTC): | Thu, 18 Aug 2022 18:17:26 GMT |
| Capture tool: | v7.14.1 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 6 |
| Capture ID: | f5248fb6-db7d-48aa-b560-cfabcef52b74 |
| User: | milord-stephanie |

PDF REFERENCE #:            57752vRzegbF1nUKhHqoWF



tumblr Search luvmesomemolly Sign up Follow luvmesomemolly

# The Fabulous Miss Molly Holm

Fanpage for everything Molly Holm

POSTS LIKES FOLLOWING ASK ME ANYTHING ARCHIVE

We both know you weren't wearing anything under that foxy polka dot skirt.

#mollymholm #polka dots #shes hot #wedge sandals #sexy

14 notes Oct 15th, 2019

RECENTLY LIKED

thebookquotes

"He tasted like midnight and wind, and shades of rich brown and light blue. Colors that made her feel safe and guarded."

— Stephanie Garber, Caraval

#books and libraries #book quotes #bookblr #quotes #lit #spilled ink #poetry #motivation #literature #original #zitat #thoughts #thought #writing #words #text #Stephanie Garber Caraval

205 notes

SEE MORE POSTS LIKE THIS ON TUMBLR

#sexy #mollymholm #polka dots #shes hot #wedge sandals

MORE YOU MIGHT LIKE

Document title: The Fabulous Miss Molly Holm — We both know you weren't wearing anything under...
Capture URL: https://luvmesomemolly.tumblr.com/post/188368958228/we-both-know-you-werent-wearing-anything-under
Capture timestamp (UTC): Thu, 18 Aug 2022 18:17:26 GMT

EXHIBIT 12

**From:** Support <abuse@tumblr.com>
**Sent:** Thursday, January 19, 2023 8:58 AM
**To:** Kirstin Jensvold-Rumage <kirstin@milordlaw.com>
**Subject:** [tumblr] Re: DMCA Takedown Notice Received

##- Please type your reply above this line -##

Your request (9336590) has been updated. To add additional comments, reply to this email.

## Tumblr Trust & Safety (tumblr)

Jan 19, 2023, 11:58 AM EST

Hello,

Your DMCA Notice has been received and reviewed for completeness.

In accordance with the requirements set forth by the DMCA, we have disabled access to the allegedly infringing material. You may need to clear your browser's cache to see the removal. If you need info on how to clear your browser's cache, you can find that here. Depending on the strain on our servers, it can sometimes take up to three hours for the changes to take effect.

Please note that we have notified the user who uploaded the material to provide them an opportunity to formally challenge this removal. We will notify you if the user submits a counter notice.

Thank you,
Tumblr Trust & Safety

http://tumblr.com/abuse

## Kirstin Jensvold–Rumage

Jan 18, 2023, 2:38 PM EST

DMCA Complaint Received
=======================

** A DMCA Complaint was received from: **

Kirstin Jensvold-Rumage ([kirstin@milordlaw.com](kirstin@milordlaw.com))

- [kirstin@milordlaw.com](kirstin@milordlaw.com)'s first report.

** Details: **

- Description:

The work claimed to be infringed is a photograph of a registered copyright with the U.S. Copyright Office, Registration No. VA 2-272-026. The photograph is a personal image of Molly Holm, the copyright owner and model, from a Facebook post checking in at Amangiri. Molly Holm is not the owner of the tumblr account, luvmesomemolly, containing the infringing work.

- 2 URL(s) included

- [https://64.media.tumblr.com/bdae58e1455f1a6325f55a36bdd28a16/e776ca004c3477e8-74/s1280x1920/f6d7315e0e61cf6eee48a8341e4a078f5a510c9f.png](https://64.media.tumblr.com/bdae58e1455f1a6325f55a36bdd28a16/e776ca004c3477e8-74/s1280x1920/f6d7315e0e61cf6eee48a8341e4a078f5a510c9f.png) ( Source: none )

- [https://luvmesomemolly.tumblr.com/post/188729224658/with-all-the-fires-in-california-its-nice-to](https://luvmesomemolly.tumblr.com/post/188729224658/with-all-the-fires-in-california-its-nice-to) ( Source: none )

** Created: **

Wednesday, 18-Jan-23 14:38:02 EST

This email is a service from tumblr. Delivered by Zendesk

EXHIBIT 13

🔒 **Page** Vault

| | |
|---|---|
| Document title: | The Fabulous Miss Molly Holm — With all the fires in California, it's nice to... |
| Capture URL: | https://luvmesomemolly.tumblr.com/post/188729224658/with-all-the-fires-in-california-its-nice-to |
| Page loaded at (UTC): | Thu, 18 Aug 2022 18:14:17 GMT |
| Capture timestamp (UTC): | Thu, 18 Aug 2022 18:14:46 GMT |
| Capture tool: | v7.14.1 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 5 |
| Capture ID: | 54c24eda-9e7c-42fe-a316-830fe273e632 |
| User: | milord-stephanie |

PDF REFERENCE #:      oPjNS5XSPWj2eTMfSAeRHq



tumblr Search luvmesomemolly Sign up Follow luvmesomemolly

# The Fabulous Miss Molly Holm

Fanpage for everything Molly Holm.

POSTS LIKES FOLLOWING ASK ME ANYTHING ARCHIVE

With all the fires in California, it's nice to know you're safe in Utah.

**Molly Holm** is at **Amangiri**.
Yesterday at 2:34 PM · Big Water, UT ·

A little worried about you-know-who, though. Maybe they're safe with you… hopefully.

Oct 31st, 2019

RECENTLY LIKED

thebookquotes

"He tasted like midnight and wind, and shades of rich brown and light blue. Colors that made her feel safe and guarded."

— Stephanie Garber, Caraval

#books and libraries #book quotes #bookblr #quotes #lit #spilled ink #poetry #motivation #literature #original #zitat #thoughts #thought #writing #words #text #Stephanie Garber Caraval

205 notes

MORE YOU MIGHT LIKE

thoughtkick

thoughtkick

"Love those who love you when you have nothing to offer but your company."

— **Unknown**

1,438 notes

perfectquote

perfectquote

"That's how you know you love someone, I guess, when you can't experience anything without wishing the other person were there to see it, too."

— **Kaui Hart Hemmings**

#mollymholm #one of those nights #quotes

Document title: The Fabulous Miss Molly Holm — With all the fires in California, it's nice to...
Capture URL: https://luvmesomemolly.tumblr.com/post/188729224658/with-all-the-fires-in-california-its-nice-to
Capture timestamp (UTC): Thu, 18 Aug 2022 18:14:46 GMT

EXHIBIT 14

**From:** Tumblr <support@tumblr.zendesk.com>
**Sent:** Friday, August 19, 2022 1:23 PM
**To:** Milord Keshishian <milord@milordlaw.com>
**Subject:** [tumblr] Re: DMCA Takedown Notice Received

##- Please type your reply above this line -##

Your request (9071646) has been updated. To add additional comments, reply to this email.

 **Tumblr Trust & Safety** (tumblr)

Aug 19, 2022, 4:22 PM EDT

Hello,

Your DMCA Notice has been received and reviewed for completeness.

In accordance with the requirements set forth by the DMCA, we have disabled access to the allegedly infringing material. You may need to clear your browser's cache to see the removal. If you need info on how to clear your browser's cache, you can find that [here](#). Depending on the strain on our servers, it can sometimes take up to three hours for the changes to take effect.

Please note that we have notified the user who uploaded the material to provide them an opportunity to formally challenge this removal. We will notify you if the user submits a counter notice.

Thank you,
Tumblr Trust & Safety

tumblr.com/abuse

 **Milord Keshishian**

Aug 18, 2022, 4:16 PM EDT

DMCA Complaint Received
========================

** A DMCA Complaint was received from: **
Milord Keshishian (milord@milordlaw.com)

- milord@milordlaw.com's first report.

** Details: **
- Description:
Photo of Molly Holm in a vehicle with a hat, which infringes U.S. Copyright Registration No. VA-2-272-026.

- 1 URL(s) included
- http://luvmesomemolly.tumblr.com/image/187815470178 ( Source: none )

** Created: **
Thursday, 18-Aug-22 16:16:32 EDT

This email is a service from tumblr. Delivered by Zendesk

EXHIBIT 15

| | |
|---|---|
| Document title: | The Fabulous Miss Molly Holm — Oh, honey… *facepalm* Real cowgirls do work. They... |
| Capture URL: | https://luvmesomemolly.tumblr.com/post/187815470178/oh-honey-facepalm-real-cowgirls-do-work-they |
| Page loaded at (UTC): | Thu, 18 Aug 2022 18:25:34 GMT |
| Capture timestamp (UTC): | Thu, 18 Aug 2022 18:27:05 GMT |
| Capture tool: | v7.14.1 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 9 |
| Capture ID: | 9770cf22-8a17-4182-a948-27d98fe75b6d |
| User: | milord-stephanie |



tumblr Search luvmesomemolly Sign up Follow luvmesomemolly

# The Fabulous Miss Molly Holm

Fanpage for everything Molly Holm.

POSTS LIKES FOLLOWING ASK ME ANYTHING ARCHIVE

Oh, honey… *facepalm*

Real cowgirls do work. They don't pose for a selfie.
Real cowgirls don't need the hat or the boots. They work in work-appropriate clothing. No little spaghetti strap tops.

Quit trying to be something you're not. We like you better when you're genuine.

#mollymholm #not a cowgirl #quit pretending #don't pose #be natural #doesn't work

Sep 19th, 2019

RECENTLY LIKED

thebookquotes

"He tasted like midnight and wind, and shades of rich brown and light blue. Colors that made her feel safe and guarded."

— Stephanie Garber, Caraval

#books and libraries #book quotes #bookblr #quotes #lit #spilled ink #poetry #motivation #literature #original #zitat #thoughts #thought #writing #words #text #Stephanie Garber Caraval

205 notes

SEE MORE POSTS LIKE THIS ON TUMBLR

#mollymholm #not a cowgirl #quit pretending #don't pose #be natural #doesn't work

MORE YOU MIGHT LIKE

EXHIBIT 16

**From:** Tumblr <support@tumblr.zendesk.com>
**Sent:** Friday, January 21, 2022 4:55 PM
**To:** Milord Keshishian <milord@milordlaw.com>
**Subject:** [tumblr] Re: DMCA Takedown Notice Received

##- Please type your reply above this line -##

Your request (8767311) has been updated. To add additional comments, reply to this email.

 **Tumblr Trust & Safety** (tumblr)

Jan 21, 2022, 7:55 PM EST

Hello,

We've removed this content, but you may need to clear your browser's cache to see the removal. If you need info on how to clear your browser's cache, you can find that here: https://www.wikihow.com/Clear-Your-Browser%27s-Cache

Depending on the strain on our servers, it can sometimes take up to three hours for the changes to take effect. Please let us know if you have any other questions.

Tumblr Trust & Safety

tumblr.com/abuse

 **Milord Keshishian**

Jan 20, 2022, 7:24 PM EST

DMCA Complaint Received
========================

** A DMCA Complaint was received from: **
Milord Keshishian (milord@milordlaw.com)

– milord@milordlaw.com's first report.

** Details: **
– Description:
The photograph at the above URL is covered by Copyright Registration No. VA 2–272–026, which is an unauthorized photograph duplication and distribution of Molly Holm, the copyright owner and model, posing on a bed.

– 0 URL(s) included

** Created: **
Thursday, 20–Jan–22 19:24:37 EST

This email is a service from tumblr. Delivered by **Zendesk**