AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | ) |
|---|---|
| In re: DMCA 512(h) Subpoena to Tumblr, Inc. | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:23-mc-80145-SK |
| | ) |
| | ) |
| *Defendant* | ) |

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To: Custodian of Records or Copyright Agent for Tumblr, Inc.
60 29th Street #343, San Francisco, CA 94110

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: listed and described on Appendix A

| Place: Milord Keshishian c/o A1 Process Servers<br>milord@milordlaw.com<br>PO Box 330564, San Francisco, CA 94133 | Date and Time:<br>June 9, 2023 at 3:00 p.m. |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 5/18/2023

CLERK OF COURT
Mark B. Busby

*Karen Horman*
*Signature of Clerk or Deputy Clerk*

OR

_____
*Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Molly Holm
_____, who issues or requests this subpoena, are:

Milord A. Keshishian, milord@milordlaw.com / Kirstin A. Jensvold-Rumage, kirstin@milordlaw.com

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

MILORD & ASSOCIATES, P.C.
HOLM DMCA SUBPOENA TO TUMBLR, INC.
APPENDIX A
Page 1

# APPENDIX A
## TO SUBPOENA COMMANDING PRODUCTION BY TUMBLR, INC.

This subpoena requests information in your possession pertaining to the identity of the individual(s) who posted Molly Holm's copyrighted works on the profile "LuvMeSomeMolly" at the following URLs ("USER ACCOUNTS"):

| |
|---|
| https://luvmesomemolly.tumblr.com/post/185972709663/well-i-knew-you-were-there-with-thom-but-jesus |
| https://luvmesomemolly.tumblr.com/post/185425809708/i-know-about-all-those-other-guys-babe-but-i |
| https://luvmesomemolly.tumblr.com/post/624740101479628800/ah-the-good-old-days?is_related_post=1 |
| https://luvmesomemolly.tumblr.com/post/185809839263/i-miss-you-too-babe |
| https://luvmesomemolly.tumblr.com/image/617404170731945984 |
| https://luvmesomemolly.tumblr.com/post/188368958228/we-both-know-you-werent-wearing-anything-under |
| https://luvmesomemolly.tumblr.com/post/188729224658/with-all-the-fires-in-california-its-nice-to |
| https://luvmesomemolly.tumblr.com/post/187815470178/oh-honey-facepalm-real-cowgirls-do-work-they |
| https://luvmesomemolly.tumblr.com/image/184939103923 |

Pursuant to this subpoena, Ms. Holm commands production of the following material:

1) All identity and contact information, including full names, email address(es), and profile photographs, associated with the USER ACCOUNTS;
2) All past and current usernames and names associated with the USER ACCOUNTS;
3) The dates and times at which the account profiles associated with the USER ACCOUNTS were created and the internet protocol ("IP") address at the time of sign-up;
4) All IP logs or other documents showing the IP addresses, dates, locations and time of each log-in to the USER ACCOUNTS;
5) Any IMEI (International Mobile Station Equipment Identity) numbers collected from mobile devices that logged into the USER ACCOUNTS; and
6) Any and all user data collected off any websites posted to the bios associated with the USER ACCOUNTS or the posts at the URLs containing the infringed images.

MILORD & ASSOCIATES, P.C.
HOLM DMCA SUBPOENA TO TUMBLR, INC.
APPENDIX A
Page 2

## AFFIDAVIT

1. My name is Milord Keshishian, and I am a member of the State Bar of California licensed to practice in California and admitted to practice before this Court.
2. On May 17, 2023, I prepared and submitted a subpoena ("Subpoena") pursuant to 17 U.S.C. § 512(h) to the Clerk of the United States District Court for the Central District of California via the ECF System.
3. I swear under penalty of perjury that the Subpoena sought is to obtain the identity of alleged copyright infringers and that such information will be used only for the purpose of protecting the copyrights of Molly Holm, the registered copyright holder.
4. I have personal knowledge of all facts set forth in this Affidavit.
5. The facts set forth in this Affidavit are true and correct.

Executed under the laws of the State of California and of the United States on the 17th of May 2023 in the State of California, Los Angeles County.

  /s/  Milord A. Keshishian
**MILORD A. KESHISHIAN**
MILORD & ASSOCIATES, P.C.
10517 W. Pico Blvd.
Los Angeles, CA 90064
milord@milordlaw.com

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____   on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.: