Milord A. Keshishian (SBN 197835)
milord@milordlaw.com
**MILORD & ASSOCIATES, P.C.**
333 South Hope Street, Suite 4025
Los Angeles, CA 90071
Tel: (310) 226-7878
Fax: (310) 226-7879

Attorneys for MOLLY HOLM

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: DMCA SUBPOENA TO TUMBLR, INC. | **NOTICE OF CHANGE OF ADDRESS** |

    PLEASE TAKE NOTICE THAT, the address for attorney Milord A. Keshishian of Milord and Associates, P.C. in the matter of IN RE: DMCA SUBPOENA TO TUMBLR, INC., — is changed to the following: **333 South Hope Street, Suite 4025, Los Angeles, CA 90071**.

    The telephone number, facsimile number and e-mail addresses remain the same.

Dated: May 25, 2023        Respectfully submitted,

                                  **MILORD & ASSOCIATES, P.C.**
                                    /s/ Milord A. Keshishian
                                    Milord A. Keshishian
                                    MILORD & ASSOCIATES, P.C.
                                    Attorneys for Molly Holm